UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN MACNEIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV01756 AGF |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees in the amount of $4,250.00 (22.9 hours at an hourly rate of $185.59), pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), as the prevailing party in this action. Plaintiff requests that the award of attorney's fees be paid directly to his attorney. Plaintiff additionally requests reimbursement of his filing fee in the amount of $350.00 from the Judgment Fund of the United States Treasury.

The Commissioner states that she does not object to the award of fees in the amount requested, but that the fees are properly payable to Plaintiff. Further, the Commissioner requests that the Court's order reflect that the award of attorney's fees is to be paid by the Social Security Administration and that the filing fee cost is to be paid from the Judgment Fund of the United States Treasury.

The Court finds that Plaintiff is entitled to an award of fees and that the amount

requested is reasonable and supported by appropriate documentation.  Under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the fee award is payable to Plaintiff, rather than to his attorney.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees and filing fee cost is **GRANTED** in the amount of $4,250.00 and $350.00, respectively. (Doc. No. 26.)

**IT IS FURTHER ORDERED** that said award shall be made payable to Plaintiff, with the award of attorney's fees paid by the Social Security Administration, and the filing fee cost paid from the Judgment Fund of the United States Treasury.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2014.